# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATEO EDUARDO JACINTO SILVESTRE,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　　　　Respondent. | Case No.: 26cv0356 DMS DDL<br><br>**ORDER DISMISSING PETITION** |

　　　On January 21, 2026, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. The Petition does not name a Respondent, and is subject to dismissal on that basis. Because Petitioner is proceeding pro se, however, the Court grants Petitioner leave to file a First Amended Petition that cures this pleading deficiency. If Petitioner wishes to proceed with this case, he must file a First Amended Petition on or before **February 10, 2026**, that names the proper Respondent. If Petitioner fails to do so, his case will be dismissed without prejudice.

　　　**IT IS SO ORDERED**.

Dated: January 27, 2026

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge